UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION
*(ELECTRONICALLY FILED)*

| | |
|---|---|
| THE FISCAL COURT OF LINCOLN COUNTY, ON BEHALF OF LINCOLN COUNTY, ) ) ) ) | |
| Plaintiff, ) ) | CASE NO. 5:17-CV-00370-GFVT |
| v. ) ) | |
| AMERISOURCEBERGEN DRUG CORPORATION, ET AL. ) ) ) | |
| Defendants. ) ) | |

## **AGREED ORDER**

Plaintiff and Defendants AmerisourceBergen, Cardinal, and McKesson ("Defendants"), by their undersigned counsel, hereby agree to the following:

1. Plaintiff's counsel will continue to effectuate service of the Complaint and/or any Amended Complaint in this action;

2. Defendants will make a formal notice of appearance and necessary court administrative filings in a timely manner after service; and

3. All responsive pleadings to the applicable Complaint or Amended Complaint are stayed and all affirmative defenses preserved until further order of the Court.

4849-1516-6802.V1

HAVE SEEN AND AGREED TO:


Peter J. Mougey (with permission)
Peter J. Mougey
Levin, Papantonio, Thomas, Mitchell,
　Rafferty & Proctor, P.A.
316 South Baylen Street, Suite 600
Pensacola, FL  32502-5996
(850) 435-7000
Email:  pmougey@levinlaw.com
*Counsel for Plaintiff*


s/Margaret Jane Brannon
Margaret Jane Brannon
Jackson Kelly, PLLC
175 East Main Street, Suite 500
Lexington, KY  40507
(859) 255-9500
Email:  mjbrannon@jacksonkelly.com
*Counsel for Defendant, AmerisourceBergen Drug Corporation*


Jeffrey K. Phillips (with permission)
Jeffrey K. Phillips
Steptoe & Johnson PLC
2525 Harrodsburg Road, Suite 300
Lexington, KY  40504
(859) 219-8210
Email:  jeff.phillips@steptoe-johnson.com
*Counsel for Defendant McKesson Corporation*


Steven B. Loy (with permission)
Steven B. Loy
Stoll Keenon Ogden
300 West Vine Street, Suite 2100
Lexington, KY  40507
(859) 231-3978
Email:  steven.loy@skofirm.com
*Counsel for Defendant, Cardinal Health*

4849-1516-6802.V1