UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

| | |
|---|---|
| THE FISCAL COURT OF LINCOLN COUNTY, ON BEHALF OF LINCOLN COUNTY, )<br>)<br>)<br>)<br>Plaintiff, )<br>)<br>V. )<br>)<br>AMERISOURCEBERGEN DRUG CORPORATION, et al., )<br>)<br>)<br>Defendants. ) | Case No. 5:17-cv-00370-GFVT<br><br>**ORDER** |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on the parties' Agreed Order to Stay. [R. 15.] By previous notice, Plaintiffs have moved the Judicial Panel on Multidistrict Litigation to consolidate their cases pursuant to 28 U.S.C. § 1407. [*See* R. 10.] Plaintiffs indicate that there are "at least [sixty-six (66)] substantially similar federal actions filed on behalf of Counties, Cities, or other governmental entity, in [eleven (11)] different federal district courts alleging similar wrongful conduct on the part of the named defendants." [R. 10-1 at 2.] Plaintiffs in these various actions bring suit against pharmaceutical companies, claiming they have attempted to "illegally profit by the unlawful sale of dangerously addictive and foreseeably abused prescription opioid drugs." [R. 10-1 at 3.]

The Court has reviewed the record of this action and the other related actions throughout the Eastern District of Kentucky. Upon review, the Court agrees that holding this case in abeyance is appropriate and will cause no great hardship to either party. Being sufficiently advised, the Court hereby **ORDERS** as follows:

1. The parties' Agreed Motion to Stay [R. 15] is **GRANTED**;

2. This action shall be **STAYED** pending a determination of the Judicial Panel on Multidistrict Litigation;

3. Plaintiff's counsel will continue to effectuate service of the Complaint and/or any Amended Complaint in this action;

4. Defendants will make a formal notice of appearance and necessary court administrative filings in a timely manner after service; and

5. The parties **SHALL FILE** a status report no later than **one-hundred and eighty (180) days** from the date of entry of this order explaining any relevant developments.

This the 3rd day of November, 2017.

Gregory F. Van Tatenhove
United States District Judge